UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAIR JUNJUNGAN SIAHAAN, | No. 11-72068 |
| Petitioner, | Agency No. A095-635-789 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before: HUG, FARRIS, and LEAVY, Circuit Judges.

Petitioner's motion for judicial notice filed on January 19, 2012, is

DENIED.